**Opinion issued February 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00603-CV

————————————

### ADRIENNE GALLIEN, Appellant

### V.

### WELLS FARGO BANK, N.A., ET AL., Appellees

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-45475**

---

## MEMORANDUM OPINION

Appellant, Adrienne Gallien, has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Rivas-Molloy.